# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

KIVA HAIR,

        Plaintiff,

v.                                                      Case No:   6:24-cv-49-ACC-LHP

ZIONS DEBT HOLDINGS LLC,

        Defendant

## ORDER

Upon review of Plaintiff's Response to Order to Show Cause (Doc. No. 16), the Order to Show Cause (Doc. No. 14) is hereby **DISCHARGED**. Plaintiff shall file an amended proof of service within the time limitations set forth in Federal Rule of Civil Procedure 4(m).

**DONE** and **ORDERED** in Orlando, Florida on March 20, 2024.

*[signature]*

LESLIE HOFFMAN PRICE
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties