UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

Case No.: 6:24-cv-00049-ACC-LHP

**KIVA HAIR,**

    **Plaintiff,**

**v.**

**TRANS UNION LLC, and ZIONS DEBT HOLDINGS LLC,**

    **Defendants.**

_____/

**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE AS TO DEFENDANT ZIONS DEBT HOLDINGS**

Plaintiff Kiva Hair, by and through undersigned counsel, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, hereby files this Notice Voluntary Dismissal *without* Prejudice as to Defendant Zions Debt Holdings. Defendant Zions Debt Holdings has not filed an answer or a motion for summary judgment in this proceeding.

LAW OFFICES OF JIBRAEL S. HINDI, PLLC
110 SE 6th Street, 17th Floor | Ft. Lauderdale, Florida 33301 | Phone (954) 907-1136 | Fax (855) 529-9540
www.JibraelLaw.com

-2-

Dated: July 26, 2024

Respectfully submitted,

*/s/* Gerald D. Lane, Jr.
**JIBRAEL S. HINDI, ESQ.**
Florida Bar No.: 118259
E-mail: jibrael@jibraellaw.com
**GERALD D. LANE, JR., ESQ.**
Florida Bar No.: 1044677
E-mail: gerald@jibraellaw.com
The Law Offices of Jibrael S. Hindi
110 SE 6th Street, Suite 1744
Fort Lauderdale, Florida 33301
Phone: 954-907-1136

*COUNSEL FOR PLAINTIFF*

## CERTIFICATE OF SERVICE

I hereby certify that on July 26, 2024, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

    */s/* Gerald D. Lane, Jr.
    **GERALD D. LANE, JR., ESQ.**
    Florida Bar No.: 1044677